No. 01–9772. CAFFEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–9778. CLARK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–9782. HALL v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 01–9785. CARLTON v. CARLTON. Sup. Ct. N. C. Certiorari denied.

No. 01–9786. HERBERT v. CAROBINE ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–9787. ALLEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–9791. ECHOLS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–9794. CURRY v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 01–9796. ATKINSON v. COMMISSIONER OF CORRECTION OF CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 01–9798. KNOBLAUCH v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 01–9800. THOMAS v. CITY OF WICHITA. C. A. 10th Cir. Certiorari denied.

No. 01–9801. HERDT v. UPHOFF, DIRECTOR, WYOMING DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–9803. HEINE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9804. PURPURA v. PURPURA. Ct. App. N. Y. Certiorari denied.